# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN CANNING and BETH DELUCA, <br><br> Plaintiffs, <br><br> v. <br><br> MARTINEZ REFINING COMPANY LLC, <br><br> Defendant. | Case No. 4-25-cv-04511-HSG <br><br><br> **ORDER GRANTING STIPULATION REGARDING AMENDED COMPLAINT** |

Having reviewed the stipulation of the parties, PURSUANT TO THE STIPULATION, THE REQUESTED DEADLINES FOR AN AMENDED COMPLAINT AND FOR A RESPONSE TO THE AMENDED COMPLAINT ARE SO ORDERED.

Subject to the limitations agreed to by the parties and set forth in the Stipulation Regarding Amended Complaint, Plaintiffs shall file an amended complaint by November 14, 2025; and Defendant shall file its response to Plaintiffs' amended complaint by December 12, 2025.

Dated: 11/14/2025

_____
UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.